JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, et al., Plaintiff, v. SOUTHERN CALIFORNIA OVERHEAD DOOR COMPANY, INC., Defendant. | Case No. CV 25-2374 FMO (PVCx) **JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Default Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Carpenters Services Administrative Corporation and the Board of Trustees for the Western States Carpenters Trusts, and against defendant Southern California Overhead Door Company, Inc.

2. Defendant shall pay plaintiffs the total amount of **$6,484.35**, which is comprised of: (1) $4,317.40 in liquidated damages; (2) $1,130.21 in prejudgment interest; (3) $631.74 in attorney's fees; and (4) $405 in costs.

3. Defendant shall provide plaintiffs all monthly reports required by the terms of the Master Labor Agreement from June 2024 to present.

4. Plaintiffs shall serve defendant with a copy of this Judgment and the Order filed contemporaneously with the filing of this Judgment in such a manner as to make them operative in any further proceedings.

Dated this 21st day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge